# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH MARTIN NORTON, III,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:16-cv-00894-RFB-CWH

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 11), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have through September 11, 2017, to file and serve an amended petition for a writ of habeas corpus.

    DATED: June 15, 2017.

                                                   RICHARD F. BOULWARE, II
                                                   United States District Judge