# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH MARTIN NORTON, III,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:16-cv-00894-RFB-CWH

**ORDER**

Counsel for petitioner has filed an ex parte motion to withdraw as counsel (ECF No. 16). Petitioner has not filed a response. Respondents, as to be expected, have not filed a response. Based upon the information in the motion, the court will permit counsel to withdraw. Petitioner will need to inform the court whether he wishes to proceed with this action or to dismiss this action.

IT IS THEREFORE ORDERED that the ex parte motion to withdraw as counsel (ECF No. 16) is **GRANTED**. The representation of petitioner by the Federal Public Defender is **TERMINATED**.

IT IS FURTHER ORDERED that the clerk of the court shall change petitioner's address to 115 Magnesium St., Henderson, NV 89015.

IT IS FURTHER ORDERED that the clerk of the court file the petition for a writ of habeas corpus, which is attached to the application to proceed in forma pauperis (ECF No. 1).

IT IS FURTHER ORDERED that petitioner will have thirty (30) days from the date of entry of this order to file a declaration, in which he states whether he wants to proceed with this action or

to dismiss this action. If petitioner does not file a declaration within the allotted time, then the court will dismiss this action.

DATED: March 20, 2018.

							_____
							RICHARD F. BOULWARE, II
							United States District Judge